tion denied, on the ground that the order gives one bill of costs, to be divided between all respondents, and disbursements of each.

HOFFMAN et al., Respondents, v. ABEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Samuel V. Hoffman and others against Samuel V. Abel, impleaded. W. L. Stone, for appellant. P. R. Towne, for respondents. No opinion. Judgment affirmed, with costs.

HOFNAGLE v. SCHAEFFLER et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by William T. Hofnagle against Peter Schaeffler and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HOLMES, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 16, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Thomas C. Holmes against the Interurban Street Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. H. A. Robinson, for appellant. W. S. Bennett, for respondent.

PER CURIAM. This action is for a statutory penalty for the refusal to give a transfer over a street railway alleged to have been operated by defendant over East 135th street, and also, as a second cause of action, for a refusal to issue a transfer on July 22, 1903, on the 125th Street Crosstown Line. The defendant denied its control and operation of the 135th Street Line, but made no such denial as to the 125th Street Crosstown Line, as to which alone did the plaintiff make any proof. The judgment was but for a single penalty, and it must be affirmed, with costs.

HOLOHAN, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by John Holohan against Samuel Levy. E. Exchwege, for appellant. W. D. Sporborg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re HOPKINS' WILL. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the probate of the will of Robert E. Hopkins, deceased. No opinion. Motion for preference denied.

HORSTMAN v. HORSTMAN. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Marie L. Horstman against Charles F. Horstman. No opinion. Order affirmed, with $10 costs and disbursements.

HOTCHKISS v. LAKE et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Emily A. Hotchkiss against D. E. Lake, as administrator, etc., and another. No opinion. Judgment affirmed, with costs.

H. REMINGTON & SON PULP & PAPER CO., Respondent, v. WATER COM'RS OF CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by the H. Remington & Son Pulp & Paper Company against the water commissioners of the city of Watertown. No opinion. Appeal dismissed, under general rule 39.

HUDSON RIVER POWER TRANSMISSION CO. v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by the Hudson River Power Transmission Company against the United Traction Company. No opinion. Motion denied.

HUNTLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by George W. Huntley, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Ordered set down for argument January 10, 1905.

HUNTLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by George W. Huntley, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HUNTLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by George W. Huntley, as administrator, etc., of George Wallace Huntley, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

HUYLER, Appellant, v. DOLSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by John J. Huyler, as executor, etc., against Robert H. Dolson and another, as executors, etc. No opinion. Motion denied.

INDUSTRIAL & GENERAL TRUST, Limited, Appellant, v. TOD, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the Industrial & General Trust, Limited, against J. Kennedy Tod. S. Untermyer, for appellant. S. H. Olin, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.

ISENBERG, Appellant, v. MAKRANSKY, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Esther Isenberg against Samuel Makransky. A. I. Elkus, for appellant. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs.